In the Matter of SANDRA G., Respondent, v VICTOR P., Appellant.

Submitted August 2, 2010; decided October 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.